Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                              Case No.: 19−11263−CMG
                                              Chapter: 13
                                              Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark Donnelly                                                     Laura J. Donnelly
   26 Fisk Street                                                      26 Fisk Street
   Manasquan, NJ 08736                              Manasquan, NJ 08736

Social Security No.:
   xxx−xx−8998                                                   xxx−xx−9292

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on June 20, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 21, 2019
JAN: bwj

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-11263-CMG
Mark Donnelly                                                           Chapter 13
Laura J. Donnelly
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Jun 21, 2019
                              Form ID: 148             Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2019.
```
db/jdb         +Mark Donnelly,    Laura J. Donnelly,    26 Fisk Street,    Manasquan, NJ 08736-3412
517979624      +Aries Data Collections,    243 Route 100,    Somers, NY 10589-3203
517979625       BAC Home Loans Serv LP,    49049 Savarese Circle,    Tampa, FL 33634
517979626       Bank of America,    PO Box 15227,    Wilmington, DE 19886-5227
517979627      +Bluetrust Loans,    c/o Himmingbird Funds,    9790 North County Road,    Suite 31,
                 Hayward, WI 54843
517979628       Borough of Manasquan,    201 East Main Street,    Manasquan, NJ 08736-3004
517979629      +Brielle Orthopedics PA,    457 Jack Martin Blvd,    Brick, NJ 08724-7776
517979630      +Capital Bank, NA,    110 Gibalter Road,    Suite 130,    Horsham, PA 19044-2302
517979631      +Capital One Bank,    c/o Fenton& McGarvey,    2401 Stanley Gault Parkway,
                 Louisville, KY 40223-4175
517979640      +David Carr,    201 Main Street,    Allenhurst, NJ 07711-1146
517979643      +David Donnelly,    98 Wedgwood Circle,    Eatontown, NJ 07724-1218
518021315      +Deutsche Bank National Trust Company, et al.,    c/o Franklin Credit Management,
                 P.O. Box 829629,    Philadelphia, PA 19182-0001
517979644     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: First Savings,    500 60th Street North,    Sioux Falls, SD 57104)
517979650      +HSBC,    c/oMorgan Bernstein & Morgan,    1236 Brace Road,    Suite K,
                 Cherry Hill, NJ 08034-3229
517979649      +Hackensack Medical Group,    PO Box 9500,    Philadelphia, PA 19124-0500
518043892      +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
517979660      +PHH Mortgage Ice Center,    1 Mortgage Way V 9,    Mount Laurel, NJ 08054-4624
517979661      +Pioneer Credit Recovery, Inc.,    PO Box 349,    Arcade, NY 14009-0349
517979663      +Rickart Collection,    575 Milltown Road,    PO Box 7242,    North Brunswick, NJ 08902-7242
517979667     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    PO Box 245,    Trenton, NJ 08695)
517979665       Silvercloud Financial,    635 East Highway 20 C,    Upper Lake, CA 95485
517979666      +Specialized Loan Servicing,    4909 Savarese Circle,    Tampa, FL 33634-2413
517979668      +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
518102628      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518145026      +The Bank of New York Mellon f/k/a The Bank,    c/o Bank of America, N.A.,    P.O. Box 660933,
                 Dallas, TX 75266-0933
517979670      +Wells Fargo,    c/o Powers Kirn, LLC,    PO Box 848,    Moorestown, NJ 08057-0848
518151743      +Wells Fargo Bank, N.A. Trustee (See 410),    c/o PHH Mortgage Corporation,
                 One Mortgage Way Mail Stop SV01,    Mt. Laurel, New Jersey 08054-4637

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2019 00:33:05     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2019 00:33:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: DRIV.COM Jun 22 2019 04:03:00      Santander Consumer USA Inc.,    8585 N. Stemmons Fwy.,
                 Ste 1100-N,    Dallas, TX 75247-3822
517979623      +EDI: RMCB.COM Jun 22 2019 04:03:00      AMCA Collection Agency,    4 Westchester Plaza,
                 Building 4,    Elmsford, NY 10523-1615
517979622      +EDI: GMACFS.COM Jun 22 2019 04:03:00      Allied Financial,    PO box 380901,
                 Minneapolis, MN 55438-0901
518006874       EDI: GMACFS.COM Jun 22 2019 04:03:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
518147225       EDI: BANKAMER.COM Jun 22 2019 04:03:00      Bank of America,    PO BOX 31785,
                 Tampa FL 33631-3785
517979632      +EDI: CAPITALONE.COM Jun 22 2019 04:03:00      Capital One Bank,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
518017071      +EDI: AIS.COM Jun 22 2019 04:03:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
517979634       EDI: CAPITALONE.COM Jun 22 2019 04:03:00      Capital One Bank by American InfoSource,
                 PO Box 71083,    Charlotte, NC 28272-1083
517979635      +EDI: CAPIO.COM Jun 22 2019 04:03:00      Caprio,    2222 Texoma Parkway,    Suite 150,
                 Sherman, TX 75090-2481
517979638      +EDI: RCSFNBMARIN.COM Jun 22 2019 04:03:00      Credit One Bank,    PO Box 98875,
                 Las Vegas, NV 89193-8875
517979637       EDI: RCSFNBMARIN.COM Jun 22 2019 04:03:00      Credit One Bank,    PO Box 60500,
                 City of Industry, CA 91716-0500
518030582      +E-mail/Text: bankruptcynotice@franklincredit.com Jun 22 2019 00:32:34
                 Deutsche Bank National Trust Company,    c/o Franklin Credit Management,    P.O. Box 2301,
                 Jersey City, NJ 07303-2301
518128019       E-mail/Text: bankruptcynotice@franklincredit.com Jun 22 2019 00:32:34
                 Franklin Credit Management,    P.O. Box 2301,    Jersey City, NJ 07301
```

```
District/off: 0312-3           User: admin              Page 2 of 3             Date Rcvd: Jun 21, 2019
                               Form ID: 148             Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517979645      +E-mail/Text: bankruptcynotice@franklincredit.com Jun 22 2019 00:32:34     Franklin Credit,
                101 Hudson Street,    Jersey City, NJ 07302-3984
517979647      +EDI: PHINGENESIS Jun 22 2019 04:03:00      Genesis Bank,    PO Box 4499,
                Beaverton, OR 97076-4499
517979648      +E-mail/Text: collections@greentrustcash.com Jun 22 2019 00:33:51     Greentrust Cash,
                PO Box 340,   Hays, MT 59527-0340
517979651      +EDI: IIC9.COM Jun 22 2019 04:04:00      I.C. System,    444 Highway 96 East,    PO Box 64378,
                Saint Paul, MN 55164-0378
517979652      +EDI: IRS.COM Jun 22 2019 04:03:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
518040163       EDI: RESURGENT.COM Jun 22 2019 04:03:00      LVNV Funding LLC,    PO Box 10587,
                Greenville, SC 29603-0587
518062875       EDI: RESURGENT.COM Jun 22 2019 04:03:00      LVNV Funding, LLC,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
517979657       EDI: RESURGENT.COM Jun 22 2019 04:03:00      LVNV Funding, LLC,    c/o Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
518021633       EDI: MERRICKBANK.COM Jun 22 2019 04:03:00      MERRICK BANK,    Resurgent Capital Services,
                PO Box 10368,    Greenville, SC 29603-0368
517979658      +EDI: MERRICKBANK.COM Jun 22 2019 04:03:00      Merrick Bank,    10705 S. Jordan Gateway,
                Suite 200,    South Jordan, UT 84095-3977
517979659      +EDI: MID8.COM Jun 22 2019 04:03:00      Midland Funding, LLC,    PO Box 2011,
                Warren, MI 48090-2011
518044763       EDI: Q3G.COM Jun 22 2019 04:03:00      Quantum3 Group LLC as agent for,    GPCC I LLC,
                PO Box 788,    Kirkland, WA 98083-0788
518049272       EDI: Q3G.COM Jun 22 2019 04:03:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                PO Box 788,    Kirkland, WA 98083-0788
517979662       EDI: RESURGENT.COM Jun 22 2019 04:03:00      Resurgent Capital Services, LLC,    PO Box 10587,
                Greenville, SC 29603-0587
517979664       EDI: DRIV.COM Jun 22 2019 04:03:00      Santander Bank,    PO Box 660633,   Dallas, TX 75266-0633
518020912      +EDI: DRIV.COM Jun 22 2019 04:03:00      Santander Consumer USA Inc.,    PO Box 961245,
                Fort Worth, TX 76161-0244
518018027      +EDI: DRIV.COM Jun 22 2019 04:03:00      Santander Consumer USA, Inc.,    P.O. Box 560284,
                Dallas, TX 75356-0284
517979669       EDI: ECMC.COM Jun 22 2019 04:03:00      US Department of Education,    PO Box 16448,
                Saint Paul, MN 55116-0448
518136685      +EDI: AIS.COM Jun 22 2019 04:03:00      Verizon,    by American InfoSource as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518028592       EDI: WFFC.COM Jun 22 2019 04:03:00      Wells Fargo Bank, N.A.,
                Attn: Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,
                Eagan, MN 55121-7700
517979671      +EDI: WFFC.COM Jun 22 2019 04:03:00      Wells Fargo Bank, N.A.,    ATTN; Bankruptcy Dept,
                3476 Stateview Blvd.,    Fort Mill, SC 29715-7200
                                                                                              TOTAL: 36

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517979633*     +Capital One Bank,    PO Box 30281,   Salt Lake City, UT 84130-0281
517979636*     +Caprio,    2222 Texoma Parkway,   Suite 150,   Sherman, TX 75090-2481
517979639*     +Credit One Bank,    PO Box 98875,   Las Vegas, NV 89193-8875
517979641*     +David Carr,    201 Main Street,   Allenhurst, NJ 07711-1146
517979642*     +David Carr,    201 Main Street,   Allenhurst, NJ 07711-1146
517979646*     +Franklin Credit,    101 Hudson Street,   Jersey City, NJ 07302-3984
517979653*     +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517979654*     +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517979655*     +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517979656*     +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                       TOTALS: 0, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 3 of 3              Date Rcvd: Jun 21, 2019
                              Form ID: 148               Total Noticed: 63
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2019 at the address(es) listed below:

```
              Albert    Russo    docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as
               Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OC7, Mortgage
               Pass-Through Certificates, Series 2006-OC7 bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    Deutsche Bank National Trust Company, as certificate
               trustee on behalf of Bosco Credit II Trust Series 2010-1 bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Eugene D. Roth    on behalf of Joint Debtor Laura J. Donnelly erothesq@gmail.com
              Eugene D. Roth    on behalf of Debtor Mark   Donnelly erothesq@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ
               Revolving Home Equity Loan Trust, Series 2006-F kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                    TOTAL: 9
```